LAWSON, J., specially concurring.
I agree with the majority that the statutory construction issue presented by this case is answered by the unambiguous language of section 914.22, Florida Statutes (2014). I also agree that we should approve the decision on review, McCloud v. State , 224 So.3d 842 (Fla. 2d DCA 2017), and disapprove the conflict cases for the reasons explained in the majority's analysis of the plain language of that statute. I disagree with the majority's preliminary statement that in all cases "legislative intent" should be "the polestar that guides a court's statutory construction analysis," majority op. at 914(quoting State v. J.M. , 824 So.2d 105, 109 (Fla. 2002) ), for the reasons explained in Schoeff v. R.J. Reynolds Tobacco Co. , 232 So.3d 294, 312-14 (Fla. 2017) (Lawson, J., concurring in part and dissenting in part).
CANADY, C.J., concurs.